IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS, | No. 2:16-CV-3002-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| RILEY, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' motion (Doc. 16) for an order pursuant to Eastern District of California Local Rule 151 requiring plaintiff to post security. The court declines to exercise its discretion under this rule to require plaintiff to post security at this time. Defendants' motion is therefore denied, but without prejudice to defendants seeking revocation of plaintiff's in forma pauperis status under 28 U.S.C. § 1915(g).

/ / /

/ / /

/ / /

/ / /

1

IT IS SO ORDERED.

DATED: August 29, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE