# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS, | No. 2:16-CV-3002-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| RILEY, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Process was returned executed as to all defendants on January 16, 2018. See Doc. 18. On August 30, 2018, the court denied defendants' motion for an order requiring plaintiff to post security pursuant to Eastern District of California Local Rule 151(b). See Doc. 28. Defendants are now directed to file a response to plaintiff's complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: September 17, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1