IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS, | No. 2:16-CV-3002-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| RILEY, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's motion for an extension of time to conduct discovery (ECF No. 37), signed by plaintiff on March 23, 2019, and filed on April 3, 2019, and plaintiff's motion to compel (ECF No. 39), signed by plaintiff on March 28, 2019, and filed on April 12, 2019.

Pursuant to the court's October 30, 2018, scheduling order, discovery in this matter closed on March 4, 2019. Because both of plaintiff's pending motions related to discovery were signed and filed after this deadline, they are denied as untimely.

IT IS SO ORDERED.

Dated: May 29, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1