IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WESLEY WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>RILEY, et al.,<br><br>Defendants. | No. 2:16-CV-3002-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for reconsideration of the Magistrate Judge's May 29, 2019, order (ECF No. 48). As part of this motion, plaintiff seeks a stay of proceedings.

Pursuant to Eastern District of California Local Rule 303(f), a Magistrate Judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law. The May 29, 2019, order is, therefore, affirmed.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for reconsideration (ECF No. 48) is denied;
2. The Magistrate Judge's May 29, 2019, order is affirmed;
3. No further motions for reconsideration of this order will be considered;
4. Plaintiff's request to stay proceedings is denied;
5. Plaintiff may file a response to defendants' motion for summary judgment (ECF No. 45) within 30 days of the date of this order; and
6. The matter is referred back to the assigned Magistrate Judge for further proceedings.

DATED: September 3, 2019

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE